# Order

**Lansing, Michigan**

May 2, 2012

Robert P. Young, Jr.,
Chief Justice

144013

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MARY A. WALDER,
　　　　Plaintiff-Appellant,

v

SC: 144013
COA: 298178
Genesee CC: 09-091572-NO

ST. JOHN THE EVANGELIST PARISH, a/k/a
THE ORDINARY (BISHOP) OF THE ROMAN
CATHOLIC DIOCESE OF LANSING IN
TRUST FOR ST. JOHN THE EVANGELIST,
　　　　Defendant-Appellee.

_____/

　　　　On order of the Court, the application for leave to appeal the September 27, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

　　　　CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2012

_____
Clerk

t0425